

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00125-CV

| | | |
|---|---|---|
| Christopher Edomwande | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2011-0088249-2) |
| v. | § | |
| | § | November 27, 2013 |
| Julio Gaza & Sandra F. Gaza | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Christopher Edomwande shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Sue Walker